IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TGR INTELLECTUAL PROPERTIES, LLC and FLEXVIEW SYSTEMS, LLC<br><br>　　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>MIDMARK CORPORATION and BENCO DENTAL SUPPLY CO.<br><br>　　　　　　　　　　Defendants. | Case No.: 16-cv-4201<br><br>HON. MANISH S. SHAH |

## STIPULATED DISMISSAL

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs TGR Intellectual Properties, LLC and Flexview Systems, LLC and Defendants Midmark Corporation ("Midmark") and Benco Dental Supply Co. ("Benco") hereby stipulate to the dismissal of this action, in its entirety.

　　　Plaintiffs' claims against Midmark Corporation are dismissed with prejudice. Plaintiffs' claims against Benco asserted in this action are dismissed with prejudice.

Date: September 21, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Anthony E. Dowell
　　　　　　　　　　　　　　　　　　　　　　Anthony E. Dowell
　　　　　　　　　　　　　　　　　　　　　　aedowell@dowellip.com
　　　　　　　　　　　　　　　　　　　　　　DOWELL IP
　　　　　　　　　　　　　　　　　　　　　　333 W. North Ave #341
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60610
　　　　　　　　　　　　　　　　　　　　　　Phone: (312) 291-8351

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFFS**


　　　　　　　　　　　　　　　　　　　　　　/s/ Charles C. Kinne
　　　　　　　　　　　　　　　　　　　　　　Charles C. Kinne
　　　　　　　　　　　　　　　　　　　　　　Kinne IP Group
　　　　　　　　　　　　　　　　　　　　　　1717 N. Naper Blvd., Ste. 200
　　　　　　　　　　　　　　　　　　　　　　Naperville, IL 60563
　　　　　　　　　　　　　　　　　　　　　　Phone: (630) 904-0940
　　　　　　　　　　　　　　　　　　　　　　ckinne@kinnelaw.com

/s/ Ann G. Schoen
Ann G. Schoen
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Phone: (513) 651-6128
aschoen@fbtlaw.com

**ATTORNEYS FOR DEFENDANTS**